**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-cv-02399-RPM

**ZACHARY G., a minor, by and through his parents and next friends, MARK G. and ROBIN F.,**

    Plaintiff,

v.

**DENVER COUNTY SCHOOL DISTRICT NO. 1,**

    Defendant.

**ORDER RE JOINT MOTION FOR ORDER REGARDING THE ADMINISTRATIVE RECORD**

    To permit efficient consideration of this matter and upon joint motion of the parties, this Court issues this Order to the Colorado Department of Education (CDE):

    Colorado Dept. of Education
    Office of Special Education
    1560 Broadway, Suite 1175
    Denver, CO 80202
    Phone: 303-866-6694
    Fax: 303-866-6767

By this Order, the Court directs CDE to forward the administrative record in this matter to the Court within thirty (30) days. CDE shall number the entire record sequentially, without obscuring the administrative references.

2

DATED this 20th day of January, 2016.

                                      BY THE COURT

                                      s/Richard P. Matsch
                                      _____
                                      Honorable Richard P. Matsch
                                      Senior District Judge