IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-02399-RPM

ZACHARY G., a minor, by and through his parents and next friends,
MARK G. and ROBIN F.,

       Plaintiff,

v.

DENVER COUNTY SCHOOL DISTRICT NO. 1, for the City and County of Denver,

       Defendant.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

       Pursuant to Procedural Order Number One entered by this Court on December 28, 2015, counsel have contacted chambers to set a date and time for a Scheduling Conference pursuant to Rule 16 and it is

       ORDERED that a scheduling conference will be held on **February 8, 2016, at 11:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 6/23/15).  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on January 29, 2016.**  The conference is conducted with lead counsel present in person.  No parties or representatives of parties will be permitted to attend.

DATED:    January 21st, 2016

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior Judge